# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DAVID PAUL BARD,                                           Case No. 5:23-cv-00202-JGC

       Petitioner,

v.                                                         **ORDER**

WARDEN ANTHONY DAVIS,

       Respondent.

This is a petition for a writ of habeas corpus under 28 U.S.C. § 2254. I referred the petition to Magistrate Judge James E. Grimes Jr. for a Report and Recommendation, which Judge Grimes has filed (Doc. 11). In that Report and Recommendation, Judge Grimes duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On *de novo* review, I find the Report and Recommendation well-taken in all respects.

Accordingly, it is hereby ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 11) be, and the same hereby is, adopted as the order of this Court; and

2. The petition be, and the same hereby is, dismissed with prejudice.

SO ORDERED.

                                                                        */s/ James G. Carr*
                                                                        Sr. U.S. District Judge